IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kasey Lynn Moyer aka Kasey Lynn Lebkuecher-Moyer<br>Debtor(s) | CHAPTER 7 |
| Toyota Motor Credit Corporation<br>Movant<br>vs. | NO. 19-17688 mdc |
| Kasey Lynn Moyer aka Kasey Lynn Lebkuecher-Moyer<br>Debtor(s)<br>Lynn E. Feldman Esq.<br>Trustee | 11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2014 LEXUS RX350, VIN: 2T2BK1BA0EC242584 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 11th day of March, 2020.

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc: See attached service list