United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kasey Lynn Moyer  
    Debtor

Case No. 19-17688-pmm  
Chapter 7

## CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: Christina | Page 1 of 1 | Date Rcvd: Jun 22, 2020 |
|---|---|---|---|
| | Form ID: 195 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2020.
db           #+Kasey Lynn Moyer,    5443 Spring Ridge Drive West,    Macungie, PA 18062-9583

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2020 at the address(es) listed below:
    JASON M. RAPA    on behalf of Debtor Kasey Lynn Moyer jrapa@rapalegal.com,
     mrapa@rapalegal.com;ssprouse@rapalegal.com;mhine@rapalegal.com
    LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.axosfs.com
    REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Motor Credit Corporation
     bkgroup@kmllawgroup.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                        TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:   : Chapter 7

Kasey Lynn Moyer   : Case No. 19−17688−pmm
    Debtor(s)

***ORDER***
_____

AND NOW, this day , 22nd day of June 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court

19
Form 195