United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-17688-pmm
Kasey Lynn Moyer                                                        Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Christina          Page 1 of 2              Date Rcvd: Jun 22, 2020
                              Form ID: 318             Total Noticed: 25

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2020.
db              #+Kasey Lynn Moyer,    5443 Spring Ridge Drive West,    Macungie, PA 18062-9583
smg              +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                   Allentown, PA 18101-1603
smg               City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg              +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg              +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg              +Tax Claim Bureau,    633 Court Street,    Second Floor,   Reading, PA 19601-4300
14437395         +ADS/Comenity/Victorias Secret,    PO Box 182789,    Columbus, OH 43218-2789
14437396         +AES/Frn Slt,    PO Box 61047,   Harrisburg, PA 17106-1047
14437398         +Cap1/Neiman Marcus,    PO Box 30253,   Salt Lake City, UT 84130-0253
14437406         +Steven & Rosa Lake,    8 Sandalwood Lane,    Colonia, NJ 07067-3304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr               +EDI: QLEFELDMAN.COM Jun 23 2020 08:23:00      LYNN E. FELDMAN,    Feldman Law Offices PC,
                   221 N. Cedar Crest Blvd.,    Allentown, PA 18104-4603
smg              +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 23 2020 05:09:44      U.S. Attorney Office,
                   c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14437394         +EDI: WFNNB.COM Jun 23 2020 08:23:00      ADS/Comenity/Ulta,    Po Box 182120,
                   Columbus, OH 43218-2120
14437397          EDI: BANKAMER.COM Jun 23 2020 08:23:00      Bank of America,    PO Box 982235,
                   El Paso, TX 79998
14437399         +EDI: WFNNB.COM Jun 23 2020 08:23:00      Comenity Bank A&F,    PO Box 182789,
                   Columbus, OH 43218-2789
14437400         +EDI: WFNNB.COM Jun 23 2020 08:23:00      Comenity Bank/Express,    PO Box 182789,
                   Columbus, OH 43218-2789
14437401         +EDI: WFNNB.COM Jun 23 2020 08:23:00      Comentiy Bank/Pier One,    PO Box 182789,
                   Columbus, OH 43218-2789
14437402          EDI: JPMORGANCHASE Jun 23 2020 08:23:00      JPMCB Card,   PO Box 15369,    Wilmington, DE 19850
14437403         +E-mail/Text: bncnotices@becket-lee.com Jun 23 2020 05:07:38      Kohls/Capital One,
                   N56 W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-5660
14437404         +EDI: TSYS2.COM Jun 23 2020 08:23:00      Macys/DSNB,   9111 Duke Blvd.,    Mason, OH 45040-8999
14437405         +E-mail/Text: bnc@nordstrom.com Jun 23 2020 05:07:49      Nordstrom TD Bank,    13531 E. Caley Ave,
                   Englewood, CO 80111-6505
14448880          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 23 2020 05:08:17
                   Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                   Harrisburg, PA 17128-0946
14437407         +EDI: RMSC.COM Jun 23 2020 08:23:00      SYNCB/Amazon,    PO Box 965036,   Orlando, FL 32896-5036
14437408         +EDI: RMSC.COM Jun 23 2020 08:23:00      SYNCB/Gap,   PO Box 965005,    Orlando, FL 32896-5005
14437409          EDI: CITICORP.COM Jun 23 2020 08:23:00      The Home Depot/CBNA,    PO Box 6497,
                   Sioux Falls, SD 57117-6497
                                                                                              TOTAL: 15

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*              Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                   Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2020                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-4              User: Christina              Page 2 of 2              Date Rcvd: Jun 22, 2020
                                  Form ID: 318                 Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2020 at the address(es) listed below:
              JASON M. RAPA     on behalf of Debtor Kasey Lynn Moyer jrapa@rapalegal.com,
               mrapa@rapalegal.com;ssprouse@rapalegal.com;mhine@rapalegal.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Kasey Lynn Moyer** <br> First Name    Middle Name    Last Name | Social Security number or ITIN   **xxx–xx–7942** <br> EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **19–17688–pmm** | | |

# Order of Discharge                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kasey Lynn Moyer
aka Kasey Lynn Lebkuecher–Moyer

6/22/20                                                                    **By the court:**   Patricia M. Mayer
                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**